UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO   DIVISION

BOBBY CHIVERS and REGINA CHIVERS, )
)
)
Plaintiffs, )
)
v. ) Case No.  CV614-110
)
STAR FREIGHT, LLC et al., )
)
Defendants. )

## O R D E R

The Court having reviewed and considered the petitions of Jefferson M. Starr and Jason W. Hammer of the law firm of Lueder, Larkin & Hunter, LLC, 5900 Windward Pkwy, Suite 390, Alpharetta, Georgia 30005, for permission to appear pro hac vice on behalf of defendant GEICO, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Jefferson M. Starr and Jason W. Hammer as counsel of record for defendant GEICO, in this case.

**SO ORDERED** this __3rd__ day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA