UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| BOBBY CHIVERS and REGINA CHIVERS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CV614-110 |
| STAR FREIGHT, LLC et al., | ) ) ) | |
| Defendants. | ) | |

## O R D E R

The Court having reviewed and considered the petition of George E. Duncan, Jr., of the law firm of Dennis, Corry, Porter & Smith, LLP, Fourteen Piedmont, 3535 Piedmont Road, Suite 900, Atlanta, Georgia 30305, for permission to appear pro hac vice on behalf of defendants Star Freight, LLC, Illinois National Insurance Company, and Pentry McAfee, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter George E. Duncan, Jr. as counsel of record for defendants Star Freight, LLC, Illinois National Insurance Company, and Pentry McAfee, in this case.

**SO ORDERED** this __27th__ day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA