UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| BOBBY CHIVERS et al., | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CV614-110 |
| STAR FREIGHT, LLC et al., | ) ) | |
| Defendants. | ) ) | |

### O R D E R

The Court having reviewed and considered the petition of Michael L. Goldberg of the law firm of Fried, Rogers & Goldberg, LLC, 3560 Lenox Road, N.E., Suite 1250, Atlanta, Georgia 30326, for permission to appear pro hac vice on behalf of plaintiff Bobby Chivers, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Michael L. Goldberg as counsel of record for plaintiff Bobby Chivers, in this case.

**SO ORDERED** this __19th__ day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA