IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BOBBY CHIVERS and REGINA　　　*
CHIVERS,　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*
　　Plaintiffs,　　　　　　　　*
　　　　　　　　　　　　　　　　*
　　　v.　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*　　6:14-cv-110
STAR FRIEGHT, LLC, ILLINOIS　　*
NATIONAL INSURANCE COMPANY,　　*
and PENTRY MCAFEE,　　　　　　 *
　　　　　　　　　　　　　　　　*
　　Defendants.　　　　　　　　 *

O R D E R

On January 20, 2016, Plaintiffs Bobby Chivers and Regina Chivers filed their "Stipulation of Dismissal with Prejudice." (Doc. 105). The Stipulation, which all parties consented to, seeks the "dismissal of Defendants Star Freight, LLC, Illinois National Insurance Company, and Pentry McAfee with prejudice" from this case. The intended meaning of the stipulation is unclear. In particular, it is unclear whether Cross-claimant Geico General Insurance Company's crossclaims against the same three Defendants are intended to remain in this case or whether all the claims and crossclaims in this case should be dismissed and the case closed.

Accordingly, the parties are **ORDERED** to clarify whether they seek the dismissal of only Plaintiffs' claims or all claims and crossclaims in this case.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA