IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BOBBY CHIVERS and REGINA
CHIVERS,

    Plaintiffs,

v.

STAR FRIEGHT, LLC, ILLINOIS
NATIONAL INSURANCE COMPANY,
and PENTRY MCAFEE,

    Defendants.

6:14-cv-110

## O R D E R

On January 20, 2016, Plaintiffs Bobby Chivers and Regina Chivers filed their "Stipulation of Dismissal with Prejudice." (Doc. 105), in which the parties indicate their consent to dismiss Plaintiffs' claims against Star Freight, LLC, Illinois National Insurance Company, and Pentry McAfee. In response to the vagueness of the parties' stipulation, the Court ordered the parties to clarify whether they intended to dismiss Geico Insurance Company's crossclaim against the same three Defendants. (Doc. 106). In response, the parties filed a "Stipulation of Dismissal of Cross-claim with Prejudice." (Doc. 107).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES WITH PREJUDICE** all claims in this matter. The clerk is **DIRECTED** to **TERMINATE** all deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of February, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA